THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert Benson,       
Appellant.
 
 
 

Appeal From Spartanburg County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-202 
Submitted January 29, 2003  Filed March 17, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Robert Benson (Appellant) pled 
 guilty to a charge of distributing crack cocaine.  Judge Frank Eppes sentenced 
 him to fifteen years in prison, suspended upon the service of five years probation. 
  Appellant was subsequently charged with violating the terms of his probation.  
 After a hearing, Judge Gary E. Clary revoked his probation in full and reinstated 
 his fifteen-year sentence, allowing him credit for time served. 
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.      
APPEAL DISMISSED. [1] 
HEARN, C.J., GOOLSBY and SHULER, JJ., 
 concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.